BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff INTERNATIONAL BUNKERING (MIDDLE EAST) DMCC
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen (JV6414)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
AUG 13 2009
U.S.D.C. S.D.N.Y.
CASHIERS

— — — — — — — — — — — — — — — — — — — x

INTERNATIONAL BUNKERING (MIDDLE EAST)
DMCC,

                   Plaintiff,

     -against-

TRIDENT AUSTRALASIA FZE,

    -and-

TRIDENT AUSTRALASIA PTY LTD.,

                 Defendants.

— — — — — — — — — — — — — — — — — — — x

09 civ.

**VERIFIED COMPLAINT**

Plaintiff, INTERNATIONAL BUNKERING (MIDDLE EAST) DMCC ("IBME"), by and

through its attorneys, Betancourt, Van Hemmen, Greco & Kenyon LLC, for its Verified Complaint

against Defendants Trident Australasia FZE and Trident Australasia Pty Ltd. (hereinafter referred

to collectively as "Defendants"), alleges, on information and belief, as follows:

## JURISDICTION

1.      This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears

and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

This Court has admiralty jurisdiction over this claim pursuant to 28 U.S.C. §1333.

1

## THE PARTIES

2.  At all material times herein, Plaintiff IBME was and is a foreign business entity which maintains a place of business at Liwa Heights, Jumeirah Lake Towers, P.O. Box 283933, Dubai, United Arab Emirates.

3.  Upon information and belief, at all material times, Defendant Trident Australasia FZE is a foreign business with a post office box in Sharjah, United Arab Emirates.

4.  Upon information and belief, at all material times, Defendant Trident Australasia Pty. Ltd. is a foreign business entity with a place of business at 125 Royal St., East Perth, WA, Australia.

## IBME'S BREACH OF CONTRACT CLAIM AGAINST
## TRIDENT AUSTRALASIA FZE AND TRIDENT AUSTRALASIA PTY. LTD.

5.  Plaintiff IBME provided marine fuel oil ("bunkers") to various vessels on the order of Trident Australasia FZE and Trident Australasia Pty. Ltd. on numerous occasions as set forth below ("Bunkering Contracts"):

| Invoice No. | Vessel/Delivery Date | Due Date | Amount |
|---|---|---|---|
| 11970 | EXPRESS 23 03/12/09 | 03/27/2009 | $ 6,930.00 |
| 12015 | EXPRESS 23 03/18/09 | 04/02/2009 | $ 4,920.00 |
| 12016 | SELAT EAGLE 03/18/09 | 04/02/2009 | $21,431.52 |
| 12010 | EXPRESS 23 03/25/09 | 04/09/2009 | $ 7,000.00 |
| 12025 | LADY HAMMOND 03/27/09 | 04/11/2009 | $99,990.00 |
| 12050 | SELAT EAGLE 03/31/09 | 04/15/09 | $30,300.00 |
| 12045 | EXPRESS 23 04/05/09 | 04/20/2009 | $ 7,490.00 |
| Total Principal Claim | | | $178,061.52 |

IBME's invoices submitted in connection with each of the Bunkering Contracts are attached hereto as Exhibit A.

6.　　Pursuant to the terms and conditions of the Bunkering Contracts, Plaintiff IBME is entitled to interest at the rate of 2% per month on all outstanding amounts for which payment is not timely received.  Accordingly, as of May 13, 2009, Defendants owed Plaintiff IBME $ 4,186.61 in interest, which is reflected in IBME's interest invoices attached hereto as exhibit B:

| Interest Note 1000 | VARIOUS VESSELS | 05/15/2009 | $ 3,486.61 |
|---|---|---|---|
| Interest Note 9999 | EXPRESS 23 | 05/15/2009 | $   660.25 |
| Total Interest as of May 13, 2009 | | | $ 4,186.86 |

7.　　Plaintiff IBME has fully performed its obligations under the Bunkering Contracts and has duly demanded payment from Defendants for the principal outstanding amount and for outstanding interest.

8.　　Defendants have admitted owing the outstanding amounts and the additional interest due as a result of the late payment.  They have, nevertheless, refused and failed to pay the amount due.

9.　　According to the terms and conditions of the Bunkering Contracts, Danish law applies to any disputes arising thereunder.  Under Danish law, attorneys fees are recoverable by the prevailing party.  Accordingly, Plaintiff estimates the value of its claim to be:

| | |
|---|---|
| Outstanding Principal and interest through May 13, 2009 | $ 182,208.38 |
| Interest for two years | $  85,469.53  ( $ 178,061.52 X .24/year x 2) |
| Attorneys Fees | $ 60,000.00 |
| Total Claim: | $ 327,677.91 |

## IBME'S ALTER EGO CLAIM, AND/OR PAYING AGENT CLAIM, AGAINST TRIDENT AUSTRALASIA PTY LTD (IN THE ALTERNATIVE)

10.     IBME repeats and realleges all of the foregoing as if more fully set forth below.

11.     Trident Australasia Pty Ltd. is the alter ego of Trident Australasia FZE and so dominates and controls Trident Australasia FZE that the corporate veil between the Defendants should be disregarded.

12.     Both entities share a similar name i.e. "Trident Australasia Pty. Ltd." and "Trident Australia FZE."

13.     Both entities share the same website, Tridentaustralasia.com.

14.     In marketing literature on the Tridentaustralasia.com website, Trident Australasia Pty. Ltd. states that it has a "branch office" in Trident Australasia FZE's location in Sharjah, United Arab Emirates. Trident Australasia FZE is, otherwise, unidentified on the Tridentaustralasia.com website.

15.     Trident Australasia Pty. Ltd. and Trident Australasia FZE have employees in common. Gary Bradford, Trident Australasia Pty. Ltd.'s Chief Operating Officer, has engaged in extensive discussions with IBME on behalf of Trident Australasia FZE concerning Trident Australasia FZE's debt to IBME.

16.     Gary Bradford sends electronic mail on behalf of both Trident Australasia Pty Ltd. and Trident Australasia FZE. See Exhibit C hereto.

17.     Trident Australasia Pty. Ltd. pays the debts of Trident Australasia FZE. Attached as Exhibit D are three wire transfer confirmation reports issued to IBME by Nordea Bank confirming that Nordea has credited IBME's account with funds owed to IBME by Trident Australasia FZE.

4

The Nordea wire transfer confirmation indicates that the funds were remitted by Trident Australasia Pty. Ltd.

18.    It is not the general practice in the maritime industry for independent companies to make payments on behalf of other companies.

19.    Based on these premises, the corporate veils between the Defendants should be discharged and Trident Australasia Pty. Ltd. should be found liable as alter ego or, in the alternative, as a paying agent, for the damages and interest claimed herein against Trident Australasia FZE in the amount of $ 327,677.91.

## BASIS FOR RULE B ATTACHMENT

20    Defendants cannot be found within the District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, but, on information and belief, has, or will have, during the pendency of this action, property within the District, including funds or credits being held by, or transferred through, one or more garnishee banks or financial institutions within the District.

21.    Defendants are engaged in the offshore oil and gas industry, a component of the maritime industry. It is the custom in the maritime industry for payments to be made in U.S. dollars. For instance, the Bunkering Contracts require payment from Defendants to be made in U.S. dollars.

22.    International U.S. dollar wire transfers are processed by intermediary banks located mainly in New York City through the Clearing House Interbank Payment System ("CHIPS"). Accordingly, Plaintiff believes property belonging to the Defendants are likely to be located in this District in the possession of those intermediary banks identified as garnishees herein.

WHEREFORE, Plaintiff prays:

A.      That process in due form of law in accordance with Rule B of the Supplemental Rules for Certain Admiralty Claims and in the form of a Process of Maritime Attachment and Garnishment be issued and levied against all property of Trident Australasia FZE and Trident Australasia Pty. Ltd. within the District, including all funds being held by, or being transferred through, one or more of the garnishee banks or financial institutions within the District up to the amount of $ 327,677.91

B.      That process in due form of law issue against Trident Australasia FZE and Trident Australasia Pty. Ltd., citing them to appear and answer under oath the matters alleged in this Verified Complaint, failing which default judgment be entered against it in the sum of $ 182,208.38, plus interest at the agreed rate of 2% per month and attorneys fees and costs of this matter;

C.      That judgment be entered against Defendants Trident Australasia FZE and Trident Australasia Pty. Ltd. for an amount of $ 182,208.38, plus interest at the agreed rate of 2% per month and attorneys fees and costs of this matter; and

D.      That this Court grant Plaintiff International Bunkering (Middle East) DMCC, attorneys fees, interest and costs and such other, further and different relief as is deemed just and proper.

Dated: August 13, 2009

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff

By _____
Jeanne-Marie Downey Van Hemmen (JV 6414)
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050

6

## ATTORNEY VERIFICATION

STATE OF NEW JERSEY          )

                              :ss:

COUNTY OF MONMOUTH          )

        JEANNE-MARIE D. VAN HEMMEN, being duly sworn, deposes and says:

        I am a member of the firm Betancourt, Van Hemmen, Greco & Kenyon LLC, attorneys for Plaintiff herein. I have read the foregoing Verified Complaint, and know the contents thereof, and the same are true and correct to the best of my knowledge, information and belief. I have reviewed documentation concerning this matter provided by Plaintiff and have corresponded with them on the information provided. I am authorized by Plaintiff to make this verification. I am making this verification since there is no officer or director of Plaintiff within the District to execute same.

                                  Jeanne-Marie    Downey    Van    Hemmen

Sworn and subscribed before me on
August 13, 2009

Notary Public

Carol Haimowitz
Notary Public
My Commission Expires
May 3, 2011

7

# Exhibit "A"



# INTERNATIONAL BUNKERING
## MIDDLE EAST DMCC

TUG LADY HAMMOND and/or master and/or
owners and/or charterers and/or
managers and/or operators and/or
Trident Australasia FZE
c/o Trident Australasia Pty Ltd
125A Royal Street, East Perth 6004,
WA
AUSTRALIA

| | |
|---|---|
| Invoice No.: | 12025 |
| Date: | 01/06/2009 |
| Customer No.: | 3238 |
| Our Reference: | TEF/MHR |
| Order No.: | 88584 |
| Delivery Date: | 27/03/2009 |
| Your Reference: | |

Vessel name: LADY HAMMOND
Port:     Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 198.0000 | Mts. | 505.00 | 99,990.00 |

| Total Amount Due | USD | 99,990.00 |
|---|---|---|

**Value on our account, 11 April 2009**

**Please transfer full payment to:**
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

**Beneficiary :**

| International Bunkering (Middle East) DMCC | International Bunkering (Middle East) DMCC |
|---|---|
| USD Account No. 5036 137 616 | AED Account No. 5036 137 624 |
| IBAN No.: DK 4620005036137616 | IBAN No.: DK 2420005036137624 |
| S.W.I.F.T:NDEADKKK | S.W.I.F.T:NDEADKKK |

Reference:    12025

**For payment later than 04/11/09 an interest of 2% per month will be charged**
**All Bank charges are on Remitter's Account**

<u>IMPORTANT NOTICE:</u>    We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560
E-mail: bunkers@ibmeast.com

**PLEASE AMEND YOUR FILES ACCORDINGLY.**

# ALCO SHIPPING SERVICES LLC
## FUEL TRADING LLC



الكو للخدمات الملاحية ذ.م.م
لبيع المحروقات ذ.م.م

TEL. : 06171 - 6 - 7428448 / 7428830
FAX. : 06171 - 6 - 7428447 / 7428835
P.O.BOX : 18125 SHARJAH - U.A.E.

هاتف : ٠٠٩٧١ - ٦ - ٧٤٢٨٤٤٨ / ٧٤٢٨٨٣٠
فاكس : ٠٠٩٧١ - ٦ - ٧٤٢٨٤٤٧ / ٧٤٢٨٨٣٥
ص.ب : ١٨١٢٥ الشارقة - الإمارات

## DELIVERY RECEIPT

DATE: **27.03.2009**

NO. **16788**

| | |
|---|---|
| Buyer's / Receiving Vessel | : **M.V. LADY HAMMOND** |
| Vessel's IMO / Tank No. | : |
| Agents / Charterers / Operators / Owner's | : **M/S GAC SHARJAH** |
| Address | : |
| Delivery Site / Location | : **SHARJAH PORT BERTH # 14** |
| Contact Personal Name / Tel. | : **MR. LOY VEIGAS  050-3789682** |

| PRODUCT CODE & DESCRIPTION | GRADE | QTY ORDRD | QTY DLVRD | UNIT | PRICE | LPO NO. |
|---|---|---|---|---|---|---|
| | | | | | | |
| M.G.O | | 198 M.TONS | 49 M TONS | M TONS | | |
| | | | | | | |

| VEH. NO. / DRIVER'S NAME | ALONGSIDE AT SITE | SAMPLE SEAL NO. | START PUMPING | FINISH PUMPING | START READING | FINAL READING |
|---|---|---|---|---|---|---|
| | | | | | | 12.323 |
| 69114 AJ  MR ROMEL | | 16183 | | | | |
| | | 13194 | | | | |
| | | 16185 | | | | |
| | | | | | | |

## D.O SPECIFICATION

FLASH POINT  MIN (PMCC)      60 °C

SPECIFIC GRAVITY (AT 15°C)    0.8540

SULPHAR

WATER CONTENTS

## REMARKS

RECEIVED

Receiver's Signature & Seal

LADY HAMMOND
KINGSTOWN
ON 7354
4600 BHP
CH ENGR R

For Alco Shipping / Fuel Trading L.L.C.

## TERMS & CONDITIONS
1. We hereby Confirm that the Products In Conformity with regulations 14(1) or 14(a) and regulation 18(1) IMO ANNEX of Marpol 73/78.
2. The Product is Inspected & received in good condition, free of water contents and comply the product's specification as per MARPOL annex VI.
3. Product once delivered will not be exchanged or returned.
4. After the delivery supplier is not responsible for any loss or damage of receiver's Equipment.
5. Payment to be made as per agreed terms, failing which legal action will be taken as per UAE's rules & regulations.

# ALCO SHIPPING SERVICES LLC
## FUEL TRADING LLC



الكو للخدمات الملاحية ذ.م.م
لبيع المحروقات ذ.م.م

- **TEL** : 00971-6-7428446 / 7482830
- **FAX** : 00971-6-7428447 / 7482838
- **P.O.BOX** : 18518 SHARJAH-U.A.E.

هاتف : ٠٠٩٧١-٦-٧٤٢٨٤٤٦ / ٧٤٨٢٨٣٠
فاكس : ٠٠٩٧١-٦-٧٤٢٨٤٤٧ / ٧٤٨٢٨٣٨
ص.ب : ١٨٥١٨ الشارقة - أ.ع.م

| | | |
|---|---|---|
| **DATE:** 27.03.2009 | **DELIVERY RECEIPT** | **NO. 16787** |

| | | |
|---|---|---|
| Buyer's / Receiving Vessel | : | **M.V. LADY HAMMOND** |
| Vessel's IMO / Tank No. | : | |
| Agents / Charterers / Operators / Owner's | : | **M/S GAC SHARJAH** |
| Address | : | |
| Delivery Site / Location | : | **SHARJAH PORT BERTH # 14** |
| Contact Personal Name / Tel. | : | **MR. LOY VEIGAS 050-3789682** |

| PRODUCT CODE & DESCRIPTION | GRADE | QTY ORDRD | QTY DLVRD | UNIT | PRICE | LFO NO. |
|---|---|---|---|---|---|---|
| | | | | | | |
| M.G.O. | | 100 M.TONS | 50 M.TONS | M.TONS | | |
| | | | | | | |

| VEH. NO. / DRIVER'S NAME | ALONGSIDE AT SITE | SAMPLE SEAL NO. | START PUMPING | FINISH PUMPING | START READING | FINAL READING |
|---|---|---|---|---|---|---|
| | | | 21:30 | 22:50 | 000 | 12:118 |
| 39392 AJ M.HAMID | | 16203 | | | 11360289 | |
| | | 16204 | | | | |
| | | 16205 | | | | |
| | | | | | | |
| | | | | | | |

### D.O SPECIFICATION

| | | |
|---|---|---|
| FLASH POINT MIN (PMCC) | 60 °C | |
| SPECIFIC GRAVITY (AT 15°C) | 0 8545 | |
| SULPHAR | | |
| WATER CONTENTS | | |

**REMARKS**

Receiver's Signature & Seal

**For Alco Shipping & Fuel Trading L.L.C.**

## TERMS & CONDITIONS

1. We hereby Confirm that the Product is in conformity with regulations 14(1) and 14(a) and regulation 18(1) IMO ANNEX of Marpol 73/78.
2. The Product is inspected & received in good condition, free of water contents and comply the products specification as per MARPOL annex VI.
3. Product once delivered will not be exchanged or returned.
4. After the delivery supplier is not responsible for any loss or damage of receiver's Equipment.
5. Payment to be made as per agreed terms, failing which legal action will be taken as per UAE's rules & regulations.



# ALCO SHIPPING SERVICES LLC
## FUEL TRADING LLC

الكو للخدمات الملاحية ذ.م.م
الكو لبيع المحروقات ذ.م.م

TEL : 00970-6-7430448 / 7482630
FAX : 00971-6-7430447 / 7482635
P.O.BOX : 18573 SHARJAH - U.A.E.

**DELIVERY RECEIPT**

DATE: _____ 27.03.2009 _____                          NO. 16786

| | |
|---|---|
| Buyer's / Receiving Vessel | : **M.V. LADY HAMMOND** |
| Vessel's IMO / Tank No. | : |
| Agents / Charterers / Operators / Owner's | : **M/S GAC SHARJAH** |
| Address | : |
| Delivery Site / Location | : **SHARJAH PORT BERTH # 14** |
| Contact Personal Name / Tel. | : **MR. LOY VEIGAS  050-3789682** |

| PRODUCT CODE & DESCRIPTION | GRADE | QTY ORDRD | QTY DLVRD | UNIT | PRICE | LPO NO. |
|---|---|---|---|---|---|---|
| | | | | | | |
| M.G.O. | | 103 M.TONS | 90 M.TONS | M TONS | | |
| | | | | | | |

| VEH. NO. / DRIVER'S NAME | ALONGSIDE AT SITE | SAMPLE SEAL NO. | START PUMPING | FINISH PUMPING | START READING | FINAL READING |
|---|---|---|---|---|---|---|
| | | | | | | 15 |
| 9743 AJ  ABU BAKER | | 15173 | | | 7338131 | |
| | | 15174 | | | | |
| | | 15175 | | | | |
| | | | | | | |
| | | | | | | |

**Q.O SPECIFICATION**

FLASH POINT MIN (PMCC)      60 °C

SPECIFIC GRAVITY (AT 15°C)   0.8546

SULPHAR                      < 1.0 %Wt

WATER CONTENTS              < 0.05 %Vol

**REMARKS**

Receiver's Signature & Seal                          For Alco Shipping & Fuel Trading LLC

*M.V. LADY HAMMOND*
KINGSTOWN
O.N. 7854
4600 BHP        27/03/09
CHIEF ENGINEER

*ALCO FUEL TRDG. (LLC)*

**TERMS & CONDITIONS** No document stamp or any type of form will be accepted on this bunkering certificate nor should any such stamp apply, alter, change or above solar's require firm agnst the re b as/re the rate solmuts responsibly for the cost incurred thru the
1. We hereby Confirm that the Product is in Conformity with regulations 14(1) or 14(a) and regulation 18(1) IMO ANNEX of Marpol 73/78.
2. The Product is inspected & received in good condition, free of water contents and comply the product's specification as per MARPOL annex VI.
3. Product once delivered will not be exchanged or returned.
4. After the delivery supplier is not responsible for any loss or damage of receiver's Equipment.
5. Payment to be made as per agreed terms, failing which legal action will be taken as per UAE's rules & regulations.



# ALCO SHIPPING SERVICES LLC
# FUEL TRADING LLC

الكو للخدمات الملاحية ذ.م.م.
الكو لبيع المحروقات ذ.م.م.

TEL. : 00971-6-7420446 / 7402830
FAX. : 00971-6-7420447 / 7402835
P.O.BOX : 19825 SHARJAH - U.A.E.

| | |
|---|---|
| DATE: **27.03.2009** | **DELIVERY RECEIPT** |
| | **NO. 16785** |

| | | |
|---|---|---|
| Buyer's / Receiving Vessel | : | **M.V. LADY HAMMOND** |
| Vessel's IMO / Tank No. | : | |
| Agents / Charterers / Operators / Owner's | : | **M/S GAC SHARJAH** |
| Address | : | |
| Delivery Site / Location | : | **SHARJAH PORT BERTH # 14** |
| Contact Personal Name / Tel. | : | **MR. LOY VEIGAS  050-3789682** |

| PRODUCT CODE & DESCRIPTION | GRADE | QTY ORDRD | QTY DLVRD | UNIT | PRICE | LPO NO. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 100 M TONS | 50 M TONS | M TONS | | |
| | | | | | | |

| VEH. NO. / DRIVER'S NAME | ALONGSIDE AT SITE | SAMPLE SEAL NO. | START PUMPING | FINISH PUMPING | START READING | FINAL READING |
|---|---|---|---|---|---|---|
| | | | | | | |
| 4702 AJ MOHIUDDIN | 15178 | | | | | |
| | 15117 | | | | | |
| | 15160 | | | | | |
| | | | | | | |

**REMARKS**

**Q.Q SPECIFICATION**

FLASH POINT MIN (PMCC)          60 °C

SPECIFIC GRAVITY (AT 15°C)      0.8545

SULPHUR                          1 % %

WATER CONTENTS                   

Receiver's Signature & Seal                    For Alco Shipping Fuel Trading L.L.C.

M.V. LADY HAMMOND
KINGSTOWN



**TERMS & CONDITIONS** No disclaimer stamp of any type of form will be accepted on this bunkering certificate not should any such stamp apply after change of more save a maderne bin Iguez the with of wake the rate ultimate responsibility for the debt incurred too, the
1. We hereby Confirm that the Product is in Conformity with regulations 14(1) or 14(a) and regulation 18(1) IMO ANNEX of Marpol 73/78.
2. The Product is inspected & received in good condition, free of water contents and comply the product's specification as per MARPOL annex VI.
3. Product once delivered will not be exchanged or returned.
4. After the delivery supplier is not responsible for any loss or damage of receiver's Equipment.
5. Payment to be made as per agreed terms, failing which legal action be taken as per UAE's rules & regulations.



I N T E R N A T I O N A L
# BUNKERING
M I D D L E   E A S T   D M C C

TUG SELAT EAGLE and/or master-and/or
owners and/or charterers and/or
managers and/or operators and/or
Trident Australasia FZE
c/o Trident Australasia Pty Ltd
125A Royal Street, East Perth 6004,
WA
AUSTRALIA

| | |
|---|---|
| Invoice No.: | 12050 |
| Date: | 01/06/2009 |
| Customer No.: | 3238 |
| Our Reference: | TEF/MHR |
| Order No.: | 88594 |
| Delivery Date: | 31/03/2009 |
| Your Reference: | |

Vessel name: SELAT EAGLE
Port:          Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 60.0000 | Mts. | 505.00 | 30,300.00 |

| Total Amount Due | USD | 30,300.00 |
|---|---|---|

**Value on our account, 15 April 2009**

**Please transfer full payment to:**
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

**Beneficiary :**

| | |
|---|---|
| International Bunkering (Middle East) DMCC | International Bunkering (Middle East) DMCC |
| USD Account No. 5036 137 616 | AED Account No. 5036 137 624 |
| IBAN No.: DK 4620005036137616 | IBAN No.: DK 2420005036137624 |
| S.W.I.F.T:NDEADKKK | S.W.I.F.T:NDEADKKK |

Reference:      12050

**For payment later than 04/15/09 an interest of  2% per month will be charged**
**All Bank charges are on Remitter's Account**

<u>IMPORTANT NOTICE:</u>    We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560
E-mail: bunkers@lbmeast.com

**PLEASE AMEND YOUR FILES ACCORDINGLY.**



الـيـاسمـيـن لـتـجـارة زيوت السيارات ذ.م.م.
## Al Yasmeen Auto Lube Trading L.L.C.

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

**Delivery Order No: 0680**

| Customer For the Account of Master/Owners/Operators & Managers/Charters/of " M\V Select Eagle" | |
|---|---|
| Name | INTERNATIONAL BUNKERING |
| | P.O.BOX:9204 |
| City | DUBAI, U.A.E. |

Date : 31-Mar-09
Job no :
LPO NO:
Ref NO :Nil

| No | Description | Qty(I G) |
|---|---|---|
| | MGO(DMA) supplied to "M\V Select Eagle" At Sharjah Port (Sample No: 10523,10524) IMO NO: The fuel conforms with Reg 14(1) and 18(1) of Annex V I of MARPOL 73/78 | 40 MT 10,560 IG |

Receiver's Named Signature



**Vehicle No :DXB:50058**
**Driver's Name: Mr. :Preman**



الياسمين لـتجـارة زيوت السيارات ذ.م.م.
**Al Yasmeen Auto Lube Trading L.L.C.**

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

Delivery Order No: 0681

| Customer For the Account of Master/Owners/Operators & Managers/Charters/of " M\V Select Eagle" | |
|---|---|
| Name INTERNATIONAL BUNKERING | Date : 31 -Mar-09 |
| P.O.BOX:9204 | Job no : |
| City DUBAI, U.A.E. | LPO NO: |
| | Ref NO :Nil |

| No | Description | Qty(I G) |
|---|---|---|
| | MGO(DMA) supplied to "M\V Select Eagle" At Sharjah Port (Sample No: 10526,10525) IMO NO: The fuel conforms with Red 14(I) and 18(I) of Annex V I of MARPOL 73/78 | 20 MT 5,280 IG |

SELA... ...GLE

Receiver's Named Signature

Prepared By:Suneesh
SHARJAH U A E

**Vehicle No :DXB:54421**
**Driver's Name: Mr. :Sunil**



INTERNATIONAL
# BUNKERING
MIDDLE EAST DMCC

EXPRESS 23 and/or master and/or
owners and/or charterers and/or
managers and/or operators and/or
Trident Australasia FZE
c/o Trident Australasia Pty Ltd
125A Royal Street, East Perth 6004,
WA
AUSTRALIA

| | |
|---|---|
| Invoice No.: | 12045 |
| Date: | 01/06/2009 |
| Customer No.: | 3238 |
| Our Reference: | MAL/MHR |
| Order No.: | 88612 |
| Delivery Date: | 05/04/2009 |
| Your Reference: | |

Vessel name: EXPRESS 23
Port:        Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 14.0000 | Mts. | 535.00 | 7,490.00 |

| Total Amount Due | USD | 7,490.00 |
|---|---|---|

**Value on our account, 20 April 2009**

Please transfer full payment to:
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

Beneficiary :
International Bunkering (Middle East) DMCC          International Bunkering (Middle East) DMCC
USD Account No. 5036 137 616                        AED Account No. 5036 137 624
IBAN No.: DK 4620005036137616                       IBAN No.: DK 2420005036137624
S.W.I.F.T:NDEADKKK                                  S.W.I.F.T:NDEADKKK

Reference:    12045

For payment later than 04/20/09 an interest of 2% per month will be charged
All Bank charges are on Remitter's Account

IMPORTANT NOTICE:        We have moved. Please note our new address is:
                         International Bunkering Middle East DMCC, Jumeirah Lake Towers
                         Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
                         Telephone: 00971-4-4371700, Telefax: 00971-4-4281560
                         E-mail: bunkers@ibmeast.com
PLEASE AMEND YOUR FILES ACCORDINGLY.



الـيـاسمـيـن لـتـجـارة زيوت السيارات ذ.م.م.
## Al Yasmeen Auto Lube Trading L.L.C.

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

**Delivery Order No:** 0690

| Customer For the Account of Master/Owners/Operators & Managers/Charters/of " M\V Express 23 " | |
|---|---|
| Name | INTERNATIONAL BUNKERING |
| | P.O.BOX:9204 |
| City | DUBAI, U.A.E. |

Date : 05 -April-09

Job no :

LPO NO:

Ref NO :Nil

| No | Description | Qty(I G) |
|---|---|---|
| | MGO(DMA) supplied to "M\V Express 23 "<br>At Kahlid Port Shj<br>(Sample No: 10541,10542)<br>IMO NO:<br>The fuel conforms with Red 14(1) and 18(1) of Annex V I<br>of MARPOL 73/78 | 14 MT<br>3696 I G |



Receiver's Named Signature

EXPRESS 23 .
REG : PANAMA
CALL SIGN : H. P. 3032
GROSS : 169
N'T : 50
ENGINEER

AL YASMEEN AUTO LUBRICANT IR LLC
P.O BOX 26128
SHARJAH U.A.E

**Vehicle No : DXB: 50058**
**Driver's Name: Mr. Preman**



# INTERNATIONAL
# BUNKERING
## MIDDLE EAST DMCC

| | |
|---|---|
| EXPRESS 23 and/or master and/or owners and/or charterers and/or managers and/or operators and/or Trident Australasia FZE c/o Trident Australasia Pty Ltd 125A Royal Street, East Perth 6004, WA AUSTRALIA | Invoice No.: 11970<br>Date: 01/06/2009<br>Customer No.: 3238<br>Our Reference: MAL/MHR<br>Order No.: 88524<br>Delivery Date: 12/03/2009<br>Your Reference: |

Vessel name: EXPRESS 23
Port: Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 14.0000 | Mts. | 495.00 | 6,930.00 |

| **Total Amount Due** | **USD** | **6,930.00** |
|---|---|---|

**Value on our account, 27 March 2009**

**Please transfer full payment to:**
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

**Beneficiary :**

| | |
|---|---|
| International Bunkering (Middle East) DMCC<br>USD Account No. 5036 137 616<br>IBAN No.: DK 4620005036137616<br>S.W.I.F.T:NDEADKKK | International Bunkering (Middle East) DMCC<br>AED Account No. 5036 137 624<br>IBAN No.: DK 2420005036137624<br>S.W.I.F.T:NDEADKKK |

Reference: 11970

**For payment later than 03/27/09 an interest of 2% per month will be charged**
**All Bank charges are on Remitter's Account**

<u>IMPORTANT NOTICE:</u>
We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai. UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560



الياسمين لتجارة زيوت السيارات ذ.م.م.

# Al Yasmeen Auto Lube Trading L.L.C.

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

*Delivery Order No:* 0648

---

| Customer  For the Account of Master/Owners/Operators | |
|---|---|
| & Managers/Charters/of " M\V Express 23" | |
| Name | INTERNATIONAL BUNKERING |
| | P.O.BOX:9204 |
| City | DUBAI, U.A.E. |

Date  : 12 -Mar-09

Job no :

LPO NO:

Ref NO :Nil

---

| No | Description | Qty(I G) |
|---|---|---|
| | MGO(DMA) supplied to "M\V Express 23" | |
| | At  Kalid Port | 14MT |
| | (Sample No: 10461,10462) | 3,696 IG |
| | IMO NO: | |
| | The fuel conforms with Red 14(1) and 18(1) of Annex V I | |
| | of MARPOL 73/78 | |

---



EXPRESS  23

| REG. | : | PANAMA |
|---|---|---|
| CALL SIGN | : | H. P. 8632 |
| GROSS | : | 169 |
| NET | : | 50 |
| ENGINEER | : | |

Receiver's Name&
Signature

Prepared By: Suneesh

---

**Vehicle No : DXB:6463**
**Driver's Name: Mr. :Preman**



INTERNATIONAL
# BUNKERING
MIDDLE EAST DMCC

| EXPRESS 23 and/or master and/or owners and/or charterers and/or managers and/or operators and/or Trident Australasia FZE c/o Trident Australasia Pty Ltd 125A Royal Street, East Perth 6004, WA AUSTRALIA | |
|---|---|
| **Invoice No.:** | 12015 |
| Date: | 01/06/2009 |
| Customer No.: | 3238 |
| Our Reference: | ALI/MHR |
| Order No.: | 88543 |
| Delivery Date: | 18/03/2009 |
| Your Reference: | |

Vessel name: EXPRESS 23
Port:          Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 10.0000 | Mts. | 492.00 | 4,920.00 |

| Total Amount Due | | USD | 4,920.00 |
|---|---|---|---|

**Value on our account, 02 April 2009**

**Please transfer full payment to:**
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

**Beneficiary :**

International Bunkering (Middle East) DMCC
USD Account No. 5036 137 616
IBAN No.: DK 4620005036137616
S.W.I.F.T:NDEADKKK

International Bunkering (Middle East) DMCC
AED Account No. 5036 137 624
IBAN No.: DK 2420005036137624
S.W.I.F.T:NDEADKKK

**Reference:**          12015

**For payment later than 04/02/09 an interest of  2% per month will be charged**
**All Bank charges are on Remitter's Account**
**IMPORTANT NOTICE:.** We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560



الـيـاسمـيـن لـتـجـارة زيوت السيـارات ذ.م.م.

# Al Yasmeen Auto Lube Trading L.L.C.

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

**Delivery Order No:** 0661

| Customer For the Account of Master/Owners/Operators & Managers/Charters/of " M\V Express 23" | |
|---|---|
| Name | INTERNATIONAL BUNKERING |
| | P.O.BOX:9204 |
| City | DUBAI, U.A.E. |

Date : 18 -Mar-09

Job no :

LPO NO:

Ref NO :Nil

| No | Description | Qty(I G) |
|---|---|---|
| | MGO(DMA) supplied to "M\V Express 23" At Sharjah (Sample No: 10487,10488) IMO NO: The fuel conforms with Red 14(1) and 18(1) of Annex V I of MARPOL 73/78 | 10MT 2,640 IG |

Receiver's Named :Signature

EXPRESS 23

REG. : PANAMA
CALL SIGN. : H. P. 6632
GROSS : RICHARD
NET : 50
ENGINEER

Prepared By: Suneesh

**Vehicle No : DXB:50058**
**Driver's Name: Mr. :Preman**



## INTERNATIONAL
# BUNKERING
## MIDDLE EAST DMCC

<table>
<tr><td>
TUG SELAT EAGLE and/or master and/or<br>
owners and/or charterers and/or<br>
managers and/or operators and/or<br>
Trident Australasia FZE<br>
c/o Trident Australasia Pty Ltd<br>
125A Royal Street, East Perth 6004,<br>
WA<br>
AUSTRALIA
</td></tr>
</table>

| | |
|---|---|
| Invoice No.: | 12016 |
| Date: | 01/06/2009 |
| Customer No.: | 3238 |
| Our Reference: | ALI/MHR |
| Order No.: | 88544 |
| Delivery Date: | 18/03/2009 |
| Your Reference: | |

Vessel name: SELAT EAGLE
Port:         Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 43.5600 | Mts. | 492.00 | 21,431.52 |

| Total Amount Due | USD | 21,431.52 |
|---|---|---|

**Value on our account, 02 April 2009**

Please transfer full payment to:
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

Beneficiary :
International Bunkering (Middle East) DMCC
USD Account No. 5036 137 616
IBAN No.: DK 4620005036137616
S.W.I.F.T:NDEADKKK

International Bunkering (Middle East) DMCC
AED Account No. 5036 137 624
IBAN No.: DK 2420005036137624
S.W.I.F.T:NDEADKKK

Reference:      12016

.ient later than 04/02/09 an interest of  2% per month will be charged
charges are on Remitter's Account

\NT NOTICE:     We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560



الـيـاسمـيـن لـتـجـارة زيوت السيـارات ذ.م.م.
# Al Yasmeen Auto Lube Trading L.L.C.

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

**Delivery Order No:** 0660

| Customer For the Account of Master/Owners/Operators & Managers/Charters/of " M\V Select Eagle" | |
|---|---|
| Name | INTERNATIONAL BUNKERING |
| | P.O.BOX:9204 |
| City | DUBAI, U.A.E. |

Date : 18 -Mar-09

Job no :

LPO NO:

Ref NO :Nil

| No | Description | Qty(I G) |
|---|---|---|
| | MGO(DMA) supplied to "M\V *Select Eagle* " | |
| | At Layyah Jetty | 50MT - |
| | (Sample No: 10485,10486) | 13,200 IG |
| | IMO NO: 8872071 | |
| | The fuel conforms with Red 14(1) and 18(1) of Annex V I | |
| | of MARPOL 73/78 | |

Receiver's Named Signature

SELAT EAGLE
OFFICIAL NO. 33603 PRXI 6
KAIMUDDIN ABDUL JALIL
MAT : 50. 51
MASTER SIGNATURE

Prepared By: Suneesh

**Vehicle No : DXB:54421**
**Driver's Name: Mr. :Sunil**

NOTE THE VESSEL TANK IS GOT FULL .

RECIEVED. ONLY - 11.500 IG (IMPERIAL GALLON)



# INTERNATIONAL BUNKERING

## MIDDLE EAST DMCC

EXPRESS 23 and/or master and/or
owners and/or charterers and/or
managers and/or operators and/or
Trident Australasia FZE
c/o Trident Australasia Pty Ltd
125A Royal Street, East Perth 6004,
WA
AUSTRALIA

| Invoice No.: | 12010 |
|---|---|
| Date: | 01/06/2009 |
| Customer No.: | 3238 |
| Our Reference: | MAL/MHR |
| Order No.: | 88573 |
| Delivery Date: | 25/03/2009 |
| Your Reference: | |

Vessel name: EXPRESS 23
Port:        Sharjah

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil | 14.0000 | Mts. | 500.00 | 7,000.00 |

| Total Amount Due | | USD | 7,000.00 |
|---|---|---|---|

Value on our account, 09 April 2009

Please transfer full payment to:
Nordea Bank Denmark A/S
Erhvervsafdelingen Fyn.
Vestergade 64
DK-5100 Odense C

Beneficiary :

| International Bunkering (Middle East) DMCC | International Bunkering (Middle East) DMCC |
|---|---|
| USD Account No. 5036 137 616 | AED Account No. 5036 137 624 |
| IBAN No.: DK 4620005036137616 | IBAN No.: DK 2420005036137624 |
| S.W.I.F.T:NDEADKKK | S.W.I.F.T:NDEADKKK |

Reference:        12010

For payment later than 04/09/09 an interest of  2% per month will be charged
All Bank charges are on Remitter's Account

IMPORTANT NOTICE:    We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560



الـياسمـين لـتجـارة زيوت السيارات ذ.م.م.

## Al Yasmeen Auto Lube Trading L.L.C.

Tel. : 06 53 43 841, Fax : 06 53 46 841
P.O. Box : 26128, Sharjah - United Arab Emirates

**Delivery Order No: 0674**

---

| Customer For the Account of Master/Owners/Operators | |
|---|---|
| & Managers/Charters/of " M\V Express 23" | |
| Name  INTERNATIONAL BUNKERING | |
|  P.O.BOX:9204 | |
| City  DUBAI, U.A.E. | |

Date  : 25 -Mar-09

Job no :

LPO NO:

Ref NO :Nil

---

| No | Description | Qty(I G) |
|---|---|---|
|  | MGO(DMA) supplied to "M\V Express 23" | 14 MT |
|  | At  Khalid Port | 3696 IG |
|  | (Sample No: 10512,10511) | |
|  | IMO NO: | |
|  | The fuel conforms with Red 14(1) and 18(1) of Annex V I | |
|  | of MARPOL 73/78 | |

---



Receiver's Name
Signature

EXPRESS  23

| REG. | : | PANAMA |
|---|---|---|
| CALL SIGN. | : | 3632 |
| GROSS | : | 169 |
| NET | : | 50 |
| ENGINEER. | : | |

Prepared By: Suneesh

**Vehicle No :DXB:50058**
**Driver's Name: Mr. :Preman**

# Exhibit "B"



**INTERNATIONAL**
**BUNKERING**
MIDDLE EAST DMCC

Trident Australasia FZE
c/o Trident Australasia Pty Ltd
125A Royal Street, East Perth 6004,
WA
AUSTRALIA

Interest Note No.:  1000

Date:             05/13/09
Our Reference:    3238/MAL
Interest rate:    2% per month

## Interest Note

| Description | Due Date | Invoice Amount  USD | Days | Total  USD |
|-------------|----------|---------------------|------|------------|
| 12016 SELAT EAGLE 03/18/09 | 04/02/09 | 21,431.52 | 43 | 614.37 |
| 12025 LADY HAMMOND 03/27/09 | 04/11/09 | 99,990.00 | 34 | 2,266.44 |
| 12050 SELAT EAGLE 03/31/09 | 04/15/09 | 30,300.00 | 30 | 606.00 |

| Total   USD | USD | 3,486.81 |
|-------------|-----|----------|

Please transfer full payment to:
Nordea Bank Denmark A/S
Vestergade 64
DK-5100 Odense C
DENMARK

In favour of: International Bunkering (Middle East) DMCC
S.W.I.F.T.: NDEADKKK
Account No.: 5036137616
IBAN : DK4620005036137616
Reference: 1000

All Bank Charges are on the Remitter's Account.

IMPORTANT NOTICE:   We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560
E-mail: bunkers@ibmeast.com
**PLEASE AMEND YOUR FILES ACCORDINGLY.**



INTERNATIONAL
# BUNKERING
MIDDLE EAST DMCC

Trident Australasia FZE
c/o Trident Australasia Pty Ltd
125A Royal Street, East Perth 6004,
WA
AUSTRALIA

Interest Note No.:  999

Date:              05/13/09
Our Reference:     3238/MAL
Interest rate:     2% per month

## Interest Note

| Description | Due Date | Invoice Amount USD | Days | Total USD |
|---|---|---|---|---|
| 11970 EXPRESS 23 03/12/09 | 03/27/09 | 6,930.00 | 49 | 226.38 |
| 12015 EXPRESS 23 03/18/09 | 04/02/09 | 4,920.00 | 43 | 141.04 |
| 12010 EXPRESS 23 03/25/09 | 04/09/09 | 7,000.00 | 36 | 168.00 |
| 12045 EXPRESS 23 04/05/09 | 04/20/09 | 7,490.00 | 25 | 124.83 |

| Total USD | | USD | | 660.25 |
|---|---|---|---|---|

Please transfer full payment to:
Nordea Bank Denmark A/S
Vestergade 64
DK-5100 Odense C
DENMARK

In favour of: International Bunkering (Middle East) DMCC
S.W.I.F.T.: NDEADKKK
Account No.: 5036137616
IBAN : DK4620005036137616
Reference: 999

All Bank Charges are on the Remitter's Account.

IMPORTANT NOTICE:  We have moved. Please note our new address is:
International Bunkering Middle East DMCC, Jumeirah Lake Towers
Office #3606 & 3607, P. O. Box 283933, Dubai, UAE
Telephone: 00971-4-4371700, Telefax: 00971-4-4281560
E-mail: bunkers@ibmeast.com
PLEASE AMEND YOUR FILES ACCORDINGLY.

# Exhibit "C"

.

**Carsten Ladekjær**

| | |
|---|---|
| **From:** | Gary Bradford [Gary.Bradford@tridentaustralasia.com] |
| **Sent:** | Thursday, May 07, 2009 3:46 PM |
| **To:** | Mahsa Alavipoor |
| **Cc:** | Carsten Ladekjær; Peter Cox; Mehran Barooni |
| **Subject:** | Late Payment by Trident and threat of Legal Action |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mahsa,

As you know, Trident Australasia FZE has been engaged the Hengam Submarine Pipeline Installation Project, supported by your teams effort and high standard service for the supply of fuel we have almost completed these works. Unfortunately, our client Jonoob Tasisat of Ahwaz, Iran has defaulted on the contract and not met its obligations to pay during the course of the project.

We are deploying all resources and efforts to resolve the situation and both sort the support of arbitration in Iran and have asked the principle client the Iranian Offshore Oil Company to intervene and provide payment due under the contract. We are very confident of a prompt and positive outcome from the Arbitration Centre in Iran due to the national importance of this project.

We have been able to provide some relief to you and those suppliers that have been adversely affected by this situation created by Jonoob Tasisat and will continue to do so as funds are available and we ask you to bear with us as we are seeking to find a solution as quickly as possible.

I understand fully your concern caused by our late payment and as discussed Tuesday, I accept that interest charges will apply.

In the meantime, I would like to thank you for your patience and your continued and valued support.

I know you have been trying to reach me and I have not been avoiding your calls just trying to get a resolution in order that we can remit funds to you as soon as possible.

Yours sincerely

**Gary Bradford | Chief Operating Officer | Trident Australasia**
125A Royal Street, East Perth, WA 6004 | Ph: +61 8 9225 2103| Fax: +61 8 9225 2120 | Mob: +61 419 929 559

**Trident Australasia FZE,** PO Box 122319 Sharjah, UAE |UAE Mob: +971 56 6952642| IRAN Mob: +98 9124062833

gary.bradford@tridentaustralasia.com | www.tridentaustralasia.com



6/2/2009

This electronic transmission is confidential and is intended only for those to whom it is addressed.
It may contain copyright material or information that is confidential, privileged or exempt from disclosure
by law. Any claim to privilege is not waived or lost by reason of mistaken transmission of this information.
If you are not the intended recipient you must not disclose, copy, distribute or use the information
contained in this email and you should notify the sender immediately. Trident Australasia makes no
representation or warranty that this email or any attachments are free of any virus or other defect which
may affect a computer and it is the responsibility of the recipient to ensure that it is virus free.
Neither Trident or its employees accepts any responsibility or liability for any loss or damage
suffered by the recipient as a result of any virus or other defect.

# Exhibit "D"



2206

INTERNATIONAL BUNKERING
(ME) DMCC
OFFICE NO.ESO:10, PO BOX NO.9204
DUBAI WORLD TRADE CENTRE
DUBAI, UAE

**Confirmation**
Payment received

Date 2009.02.13
Account No 5036137616

Reference 7463016862206

**PAYMENT FROM ABROAD**

Received amount                                    9,050.00   USD

We have 2009.02.13 (value 2009.02.13) credited account No 2206 5036 137 616     9,050.00   USD

Beneficiary:
5036137616
INTERNATIONAL BUNKERING DMCC
PO BOX 9204
DUBAI U.A.E

Message to beneficiary:
/RFB/INVOICE PMT INVOICE 11787
PAYMENT

At the request of:
/016002484243454
TRIDENT AUSTRALASIA PTY LTD
125A ROYAL STREET
EAST PERTH WA

Remitter's bank:
AUSTRALIA AND NEW ZEALAND
BANKING GROUP LIMITED
G.P.O. BOX 537 E, 100, QUEEN STREET
MELBOURNE, VI 3001 - AUSTRALIA

Original amount 9,075.00 USD

BRV08/0232

POSTED

Nordea Bank Danmark A/S
Erhvervsafdeling Fyn, Corporate adviser Jan Riding
Vestergade 64  Postbox 909 5000 Odense C
Tel +45  66 12 73 23 Fax +45  65 91 24 35
www.nordea.dk

Company registration number 13522197, Copenhagen, Denmark

4373545400

**Nordea** 

2206

INTERNATIONAL BUNKERING
(ME) DMCC
OFFICE NO.ESO:10, PO BOX NO.9204
DUBAI WORLD TRADE CENTRE
DUBAI, UAE

Confirmation
Payment received ✓

Date 2009.02.13
Account No 5036137616

Reference 7463016862205

---

PAYMENT FROM ABROAD

Received amount                                                          6,005.00   USD

We have 2009.02.13 (value 2009.02.13) credited account No 2206 5036 137 616      6,005.00   USD

Beneficiary:
5036137616
INTERNATIONAL BUNKERING DMCC
PO BOX 9204
DUBAI U.A.E

Message to beneficiary:
/RFB/INVOICE PMT INVOICE 11836
PAYMENT

At the request of:
/016002484243454
TRIDENT AUSTRALASIA PTY LTD
125A ROYAL STREET
EAST PERTH WA

Remitter's bank:
AUSTRALIA AND NEW ZEALAND
BANKING GROUP LIMITED
G.P.O. BOX 537 E, 100, QUEEN STREET
MELBOURNE, VI 3001 - AUSTRALIA

Original amount 6,030.00 USD

*Bk. chg = $ 25/-*

*BRV08/0231*

*POSTED*

Nordea Bank Denmark A/S
Ethvervsafdeling Fyn, Corporate advser Jan Reding
Vestergade 64, Postbox 909 5000 Odense O
Tel +45  66 12 73 25 Fax +45  65 91 24 35
www.nordea.dk

Company registration number 13522197, Copenhagen, Denmark



|  | 2206 |
|---|---|

INTERNATIONAL BUNKERING
(ME) DMCC
OFFICE NO.ESO:10, PO BOX NO.9204
DUBAI WORLD TRADE CENTRE
DUBAI, UAE

**Confirmation**
Payment received

Date 2009.03.02
Account No 5036137616

Reference 7463016934794

## PAYMENT FROM ABROAD

| Received amount | **70,406.20** | **USD** |
|---|---|---|

We have 2009.03.02 (value 2009.03.02) credited account No 2206 5036 137 616     **70,406.20**   **USD**

Beneficiary:
5036137616
INTERNATIONAL BUNKERING DMCC
PO BOX 9204
DUBAI U.A.E

Message to beneficiary:
/RFB/INVOICE PMT INVOICE 11881,
11887, 11885 AND 11842 PAYMENT

At the request of:
/016002484243454
TRIDENT AUSTRALASIA PTY LTD
125A ROYAL STREET
EAST PERTH WA

Remitter's bank:
AUSTRALIA AND NEW ZEALAND
BANKING GROUP LIMITED
G.P.O. BOX 537 E, 100, QUEEN STREET
MELBOURNE, VI 3001 · AUSTRALIA

Original amount 70,431.20 USD

Bk. Charge = $25/-

BRV08/0278

POSTED

Nordea Bank Danmark A/S
Erhvervsafdeling Fyn, Corporate adviser Jan Røding
Vestergade 64, Postbox 909 5000 Odense C
Tel +45  66 12 73 26 Fax +45  66 91 24 35
www.nordea.dk
Company registration number 13522197, Copenhagen, Denmark

4373545460